UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br> v.<br><br>DEVRY EDUCATION GROUP, INC., DANIEL HAMBURGER, RICHARD M. GUNST, PATRICK J. UNZICKER, AND TIMOTHY J. WIGGINS,<br><br>         Defendants. | Case No. 1:16-CV-05198<br><br>Hon. Mary M. Rowland |

**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that Lead Plaintiff, Utah Retirement Systems, on behalf of itself and the proposed Settlement Class, will move this Court on December 6, 2019 at 9:30 a.m., in Courtroom 1225, for Orders, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, *inter alia*: (a) granting final approval of the proposed Settlement of the Action; (b) approving the proposed Plan of Allocation for the net proceeds of the Settlement; and (c) granting such other and further relief as this Court deems just and proper.

Lead Plaintiff is contemporaneously herewith filing a Memorandum of Law and the Declaration of Carol C. Villegas in Support of (I) Lead Plaintiff's Motion for Approval of Class Action Settlement and Plan of Allocation and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses, dated November 1, 2019, with annexed exhibits, in support of this motion.

Proposed orders will be submitted on November 27, 2019 with Lead Plaintiff's reply papers, after the deadlines for objecting and seeking exclusion from the Settlement Class have passed.

Dated: November 1, 2019                         By: */s/ Carol C. Villegas*

**LABATON SUCHAROW LLP**
Carol C. Villegas (*pro hac vice*)
Theodore J. Hawkins (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
thawkins@labaton.com

**LABATON SUCHAROW LLP**
Mark S. Willis (*pro hac vice*)
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 772-1880

mwillis@labaton.com

*Lead Counsel for Lead Plaintiff Utah Retirement Systems and the Proposed Settlement Class*

**WEXLER WALLACE LLP**
Kenneth A. Wexler
Mark R. Miller
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wexlerwallace.com
mrm@wexlerwallace.com

*Liaison Counsel for Lead Plaintiff Utah Retirement Systems*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, I electronically filed the above Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, using the Court's CM/ECF system, which will be sent electronically to the registered participants as identified on the attached Electronic Mail Notice List.

*/s/ Carol C. Villegas*
Carol C. Villegas

**Mailing Information for a Case 1:16-cv-05198**

*Pension Trust Fund for Operating Engineers v. DeVry Education Group, Inc. et al.*

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Theodore J. Hawkins**
  thawkins@labaton.com,lpina@labaton.com,5957819420@filings.docketbird.com, electroniccasefiling@labaton.com
- **William Robert Andrichik**
  wandrichik@steptoe.com,acampos@steptoe.com
- **Anthony J. Anscombe**
  aanscombe@steptoe.com,snolan@steptoe.com,ikelsch@steptoe.com, mbuckley@steptoe.com,dalt@steptoe.com
- **Sean M. Berkowitz**
  sean.berkowitz@lw.com,chicago-litigation-services-9637@ecf.pacerpro.com,chefiling@lw.com,sean-berkowitz-6005@ecf.pacerpro.com
- **Michael R. Dockterman**
  mdockterman@steptoe.com,meckstein@steptoe.com,jcooper@steptoe.com
- **Jonathan Gardner**
  jgardner@labaton.com,lpina@labaton.com,4027988420@filings.docketbird.com, fmalonzo@labaton.com,acarpio@labaton.com,electroniccasefiling@labaton.com, agreenbaum@labaton.com
- **Terance A. Gonsalves**
  Terance.Gonsalves@alston.com,joanne.halvorson@alston.com,dradziwon@steptoe.com, sdocket@steptoe.com,ptierney@steptoe.com
- **Lester R Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com
- **Philip S. Khinda**
  pkhinda@steptoe.com
- **Mark Richard Miller**
  mrm@wexlerwallace.com
- **Patricia B. Palacios**
  ppalacios@steptoe.com
- **Norman Rifkind**
  Norman@rifslaw.com
- **Jeffrey Warren Sanford**
  jsanford@steptoe.com,dlukes@steptoe.com
- **Eric Robert Swibel**
  eric.swibel@lw.com,chicago-litigation-services-9637@ecf.pacerpro.com,chefiling@lw.com,eric-swibel-5392@ecf.pacerpro.com
- **Carol C. Villegas**
  cvillegas@labaton.com,lpina@labaton.com,5739893420@filings.docketbird.com, electroniccasefiling@labaton.com

- **Kenneth A. Wexler**
  kaw@wexlerwallace.com,ecf@wexlerwallace.com
- **Mark S. Willis**
  MWillis@labaton.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com
- **Nicole M. Zeiss**
  nzeiss@labaton.com,5854006420@filings.docketbird.com,lpina@labaton.com, electroniccasefiling@labaton.com,cboria@labaton.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

(No manual recipients)